**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6841**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LISA MARIE CASEY, a/k/a Lisa Marie Adams, a/k/a Marie Galliher, a/k/a Lisa Marie Graninger,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge.  (1:06-cr-00071-JPJ-PMS-1)

Submitted:  October 21, 2019                    Decided:  November 6, 2019

Before WILKINSON and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lisa Marie Casey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Marie Casey appeals the district court's order denying her motion for relief and expedited decision. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Casey*, No. 1:06-cr-00071-JPJ-PMS-1 (W.D. Va. May 28, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
